## McHenry *v.* Mays.

Lewis, J.　Inasmuch as a justice's court has no jurisdiction of an action of trover, the only proper disposition which the superior court can make of an appeal to it in such a case is to dismiss the plaintiff's action. *Blocker* v. *Boswell,* 109 *Ga.* 230.

*Judgment reversed. All the Justices concurring.*

Argued December 13, 1899.—Decided January 27, 1900.

Bail-trover — appeal.　Before Judge Lumpkin.　Fulton superior court.　March term, 1899.

*C. L. Williamson,* for plaintiff in error.

---

## Sing Wah *v.* Singer.

Lewis, J.　On the hearing of a petition for certiorari brought by a defendant for the purpose of setting aside a verdict rendered for the plaintiff by a jury in a justice's court in a trover case, it is error for the judge to overrule the petition. The proper course in such a case is for the judge of the superior court to set aside the verdict, and to direct the justice of the peace, in whose court the suit was originally instituted, to dismiss the plaintiff's action for want of jurisdiction. *Blocker* v. *Boswell,* 109 *Ga.* 230.

*Judgment reversed. All the Justices concurring.*

Submitted December 15, 1899.—Decided January 27, 1900.

Certiorari.　Before Judge Lumpkin.　Fulton superior court.　March term, 1899.

*Hugh M. Dorsey,* for plaintiff in error.
*H. M. Patty* and *J. D. Humphries,* contra.

---

## Elson *v.* Saul & Company.

Lewis, J.　This case is controlled by the decisions in the cases of *Blocker* v. *Boswell,* 109 *Ga.* 230, and *McHenry* v. *Mays,* supra.

*Judgment reversed. All the Justices concurring.*

Submitted December 16, 1899.—Decided January 27, 1900.

Bail-trover—appeal.　Before Judge Lumpkin.　Fulton superior court.　March term, 1899.

*David Eichberg* and *R. J. Jordan,* for plaintiff in error.
*Arthur Heyman,* contra.